IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | Case No.   19-04947 |
| | ) | Chapter 13 |
| Eric Jason Dolinich | ) | Judge Randal S Mashburn |
| XXX-XX-0907 | ) | |
| | ) | |
| Debtor | | |

## ORDER DENYING TRUSTEE'S MOTION TO CONVERT OR DISMISS FOR CAUSE FOR FAILURE TO CONFIRM A PROPOSED PLAN PURSUANT TO 11 U.S.C. §1307 (c)(5)

This cause came to be heard, regarding the Trustee's Motion to Convert or Dismiss for Cause for Failure to Confirm a Proposed Plan Pursuant to 11 U.S.C. §1307(c)(5). The Debtor's plan has been confirmed with changes.

IT IS HEREBY ORDERED that the Trustee's Motion to Convert or Dismiss for Cause for Failure to Confirm a Proposed Plan Pursuant to 11 U.S.C. §1307(c)(5) is hereby denied.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/John Maher
JOHN MAHER
Attorney for Debtor
127 South Third Street
Clarksville, TN 37040
(931) 645-9900 *Telephone*
(931) 920-3300 *Fax*
John.maher.bk@gmail.com